896 A.2d 1168

**In the Matter of Craig HEIMBERGER.**

**Petition for Reinstatement from Inactive Status.**

**No. 183 DB 2005.**

Supreme Court of Pennsylvania.

April 11, 2006.

## ORDER

PER CURIAM:

AND NOW, this 11th day of April, 2006, the Report and Recommendations of the Disciplinary Board dated February 21, 2006, are approved and it is ORDERED that Craig Heimberger, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.